**Order issued January 15, 2013**



**In The**
## Court of Appeals
**For The**
## First District of Texas

### NO. 01-11-00957-CV

**MARK H. PINE, Appellant**
**V.**
**CATHERINE DEBLIEUX, Appellee**

**On Appeal from County Court**
**Brazoria County, Texas**
**Trial Court Cause No. PR030352A**

**AND**

### NO. 01-13-00008-CV

**JENNIFER PINE, Appellant**
**V.**
**CATHERINE DEBLIEUX, Appellee**

**On Appeal from Co Ct at Law No 4 & Probate**
**Brazoria County, Texas**
**Trial Court Cause No. PR030352**

**ORDER**

After a review of the record and briefs filed in Appeal No. 01-11-00957-CV, the Court determined that the notice of appeal of the judgment entered in trial court cause no. PR030352 on September 23, 2011, filed by Jennifer Pine on January 4, 2012 was inadvertently opened in on Appeal No. 01-11-00957-CV.[1] On January 8, 2013, the court opened Appeal No. 01-13-00008-CV for the appeal filed by Jennifer Pine of the judgment entered in trial court cause no. PR030352.

It is therefore **ORDERED** that the following filings are transferred from Appeal No. 01-11-00957-CV to Appeal No. 01-13-00008-CV: (1) clerk's record filed on February 29, 2012, (2) clerk's record filed on March 13, 2012, (3) clerk's record filed on March 26, 2012, (4) brief of Appellant Jennifer Pine filed June 20, 2012, (5) brief of Appellee Catherine Deblieux filed on August 17, 2012, and (6) reply brief of Appellant Jennifer Pine filed September 18, 2012.

/s/ Sherry Radack
**Chief Justice Sherry Radack**
**Acting Individually**

---

[1] Appeal No. 01-11-00957-CV pertains to Mark H. Pine's appeal of an order severed from trial court cause no. PR030352 into trial court cause no. PR030352A. Mark H. Pine's notice of appeal did not specify the severed trial court cause number.